# Exhibit H

**EXHIBIT H**



{02631299.1}




Easy Fit Velvet Long Back Chair Slipcovers
★★★★★ (177)
£24.65 £10.98 Save £13.67

Easy Fit Stretch Sofa Slipcovers
★★★★★ (24)
£51.22 from £21.98 Save £29.24



OUR STORY

Since we were founded in 2017, EasyFit slipcover has set the benchmarks in the home textile industry. Our brand is synonymous with high-quality slipcovers and other innovations in our niche...

LEARN MORE

{02631299.1}