# Exhibit L

**EXHIBIT L**





{02631316.1}