```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
LIFESTYLE FUTON, INC., and EASY FIT, :
INC., :
: 1:21-cv-1482-GHW
:
Plaintiffs, :
: ORDER
:
-v - :
:
EASYFIT SLIPCOVER, LTD., ILYASS ET :
TAHIRI, TUCOWS, INC., TUCOWS.COM CO., :
and CABREXA, LLC, and the domain names: :
www.easyfitcover.com, www.easyfitslipcover.om, :
and www.easyfitslipcover.co, in Rem. :
:
Defendants. :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 18, 2021, Plaintiffs initiated this action and moved this Court to issue a temporary restraining order and a preliminary injunction. In support of that motion, Plaintiffs filed a memorandum of law, a series of exhibits, and a proposed order issuing the injunctive relief sought. The Court denies Plaintiffs' motion in part and denies it without prejudice in part. The Court denies Plaintiffs' request for a temporary restraining order because counsel has failed to "certif[y] in writing any efforts made to give notice and the reasons why it should not be required." Fed R. Civ. P. 65(b)(1)(B). The Court denies Plaintiffs' request for a preliminary injunction without prejudice. Should Plaintiffs still desire the Court to issue a preliminary injunction, the Court informs Plaintiffs that the proper method to seek such relief is to submit a proposed order to show cause with supporting documents. Plaintiffs are directed to serve a copy of this order upon Defendants and to retain proof of service.

SO ORDERED.

Dated: February 22, 2021

_____
GREGORY H. WOODS
United States District Judge