Max Moskowitz
Ariel Peikes
OSTROLENK FABER LLP
845 Third Avenue
New York, New York 10022
mmoskowitz@ostrolenk.com
apeikes@ostrolekn.com
Telephone: (212) 382-0700
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE STYLE FUTON, INC., and EASY FIT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EASYFIT SLIPCOVER, LTD., ILYASS ET TAHIRI, TUCOWS, INC., TUCOWS.COM CO., and CABREXA, LLC, and the domain names: **www.easyfitcover.com, www.easyfitslipcover.com,** and **www.easyfitslipcover.co**, *in Rem*. <br><br> Defendants. | Index No.: 1:21-cv-01482-GHW <br><br> **[PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

On this day, the Court considered Plaintiffs' *ex parte* application for an order to show cause why a preliminary injunction should not issue. Having reviewed the Application, the Declaration of Lillian Nazginov with exhibits attached thereto and other evidence submitted in support thereof, the Court finds and orders as follows:

WHEREAS, Plaintiffs filed their Verified Complaint (Dkt. No. 21) and [First] Motion for a Preliminary Injunction (Dkt. Nos. 11-14) and supporting papers on February 18 and 19, 2021;

WHEREAS, Plaintiffs have been in communication with Defendants EasyFit Slipcover LTD., Ilyass El Tahiri, Cabrexa LLC, and the Tucows Defendants (Tucows, Inc., and Tucows.com.Co) via email prior to the filing of Verified Complaint;

WHEREAS, Plaintiffs emailed copies of the Verified Complaint and Motion for a Preliminary Injunction to the Defendants on February 19, 2021; and Plaintiffs received emails from Defendants EasyFit Slipcover LTD, Ilyass Et Tahiri, and Cabrexa LLC, on February 19, 2021, acknowledging receipt of the Verified Complaint and Motion for a Preliminary Injunction, and Plaintiffs received emails from Tucows, on February 22, 2021, acknowledging receipt of the Complaint and Motion for a Preliminary Injunction.

**ORDER**

Based on the foregoing, Plaintiffs' Application is hereby **GRANTED** as follows (the "Order"):

A. Defendants are hereby ORDERED to show cause before this Court in Courtroom 12C of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York on _____ at _____ ___.m. or at such other time that this Court deems appropriate, why a preliminary injunction, pursuant to FRCP 65(a) should not issue.

B. IT IS FURTHER ORDERED that opposing papers, if any, shall be filed electronically with the Court and served on Plaintiffs' counsel by delivering copies thereof to the office of Ostrolenk Faber LLP, at 845 Third Avenue, 8th Floor, New York, NY 10022, Attn: Max Moskowitz, Esq., and Ariel Peikes, Esq., on or before _____, 2021. Plaintiff shall file any Reply papers on or before _____, 2021.

C. IT IS FURTHER ORDERED that Defendants are hereby given notice that failure to appear at the show cause hearing scheduled in **Paragraph B**, above, may result in the imposition of a preliminary injunction against them pursuant to FRCP 65, which may be effective immediately upon the issuance of this Order, and may extend throughout the litigation under the same terms and conditions as set forth in this Order.

SO ORDERED.

SIGNED this _____ day of _____, 2021, at _____ ___.m.
New York, New York

_____
GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE