# Exhibit I

**EXHIBIT I**

```
======================
Complain / Header / Logging
======================

Dear Sir or Madam:

We are providing you this letter of notification pursuant to the Digital
Millennium Copyright Act 17 USCÃ‚Â§512(c) to make Sir or Madam aware of
material on its network or system that infringes the exclusive copyrights of
Cabrexa Ltd. Under penalty of perjury, we hereby affirm that the undersigned
is authorized to act on behalf of Company whose exclusive intellectual
property rights we believe to be infringed as described herein.

We have a good faith belief that the Internet site found at
Easyfitslipcovers.com infringes the rights of the Company by using the
trademarks of the Company ("Infringing Material").

The Company represents that it has not authorized your customer to use the
Infringing Material. Based upon information at its disposal on
Easyfitslipcovers.com, we believe that the statements in this notice are
accurate and correctly describe the infringing nature and status of the
Infringing Material.

Accordingly, we hereby demand that Sir or Madam immediately remove or disable
access to the Infringing Material at: Easyfitslipcovers.com


I have a good faith belief that use of the trademark(s) described above in
connection with the domain and URLs described above is not authorized by the
trademark owner, and such use is not otherwise permissible under applicable
law.

I represent that the information in this notification is true and correct and
that I am authorized to act on behalf of the trademark owner.

Sincerely,
Cabrexa Ltd.



Company Trademarks:
[LIST COPYRIGHTS OR URLS WHERE COMPANY COPYRIGHTS ARE LOCATED]
```

{02630966.1}

Please respond to this abuse complaint within 72 hours time otherwise a null route for the offending IP address will be put in place until a response is received.

Dallas Infrastructure Services LLC,

Attached is a complaint received by the Cogent Communications Internet abuse department. It appears that this complaint is ultimately intended for you or one of your customers. Please respond to the complaining party within 72 hours and provide a copy of the response to us.

We are not taking any position concerning the validity of this complaint or what, if any, actions you should take in response to it.

However, please remember that when utilizing service provided by Cogent Communications, you are required to comply with our Acceptable Use Policy, and a violation of that policy may be considered a violation of the terms of your customer agreement with us. Our AUP policy can be found at cogentco.com/en/acceptable-use-policy

Please respond with your plan of action.

Regards,

Abuse Team
Cogent Communications
abuse@cogentco.com

{02630966.1}