# Ostrolenk Faber LLP
*Intellectual Property Law*

| | | | |
|---|---|---|---|
| 845 Third Avenue<br>New York, New York 10022<br>212.596.0500<br>Fax 212.382.0888<br>www.ostrolenk.com<br>email@ostrolenk.com | *Partners*<br>Samuel H. Weiner<br>Robert C. Faber<br>Max Moskowitz<br>James A. Finder<br>William O. Gray, III<br>Kourosh Salehi**<br>Charles C. Achkar, Ph.D<br>Andrew H. Berks, Ph.D | *Attorneys*<br>George Brieger<br>Richard J. Danyko<br>Mark A. Farley<br>Marian E. Fundytus<br>Paul Grandinetti*<br>Sean P. McMahon<br>Ariel S. Peikes | *Jurisdictions*<br>*DC Bar<br>**DC & CT Bars |

February 23, 2021

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 12C
New York, NY 10007-1312

  Re: *Life Style Futon, Inc., et al v. EasyFit Slipcover LTD. et al*
     Civil Action No.: 1:21-cv-01482-GHW

Dear Judge Woods:

  We are counsel to Plaintiffs, Life Style Futon, Inc., and Easy Fit, Inc., in the above-captioned matter, and write to confirm compliance with the Court's direction to serve a copy of the Court's Order (Dkt. No. 22) onto the Defendants. We have been in communication with the Defendants via email, and we served the Order onto defendants today via email.

  While serving copies of the Court's Order onto Defendants, we also served copies of Plaintiffs' renewed motion seeking entry of a Preliminary Injunction. (Dkt. Nos. 23-28).

        Respectfully submitted,

        OSTROLENK FABER LLP

        /s/Ariel Peikes

        Max Moskowitz
        Ariel Peikes
        845 Third Avenue
        New York, New York 10022
        *Attorney for Plaintiffs*

*MM:ASP*

{02633142.1}