UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LIFESTYLE FUTON, INC. *et al.*

                Plaintiff,           1:21 Civ. 01482 ( GHW  )

- against -

EASYFIT SLIPCOVER, LTD. *et al.*        **MOTION FOR ADMISSION**
                                                          **PRO HAC VICE**

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York,  the undersigned attorney hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Tucows Inc. and Tucows.com Co. (a wholly owned subsidiary of Tucows Inc.) in the above-captioned action.

I am in good standing of the bars of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the requisite affidavit and Certificate of Good Standing pursuant to Local Rule 1.3.

Respectfully Submitted,

_____     March 11, 2021
John B. Berryhill
John B. Berryhill LLC
204 E. Chester Pike
First Floor, Suite 4
Ridley Park, PA 19078
(610) 565-5601 (voice/fax)
john@johnberryhill.com

## Certificate of Service

The undersigned hereby certifies that on the date which appears below, the foregoing MOTION FOR ADMISSION PRO HAC VICE of John B. Berryhill was caused to be served via CM/ECF to the following:

    Counsel for Plaintiffs:

        Ariel Samuel Peikes
        Max Moskowitz
        Ostrolenk Faber LLP
        845 Third Ave.
        Ste 8th Floor
        New York, NY 10022
        (212) 596-0500
        Fax: (212) 382-0888

_____   March 11, 2021
John B. Berryhill
(Pro Hac Vice Pending)
John B. Berryhill LLC
204 E. Chester Pike
Ridley Park, PA 19078
(610) 5655601 (voice/fax)
john@johnberryhill.com