

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*John Bruce Berryhill, Esq.*

DATE OF ADMISSION

*October 26, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 1, 2021

Patricia A. Johnson
Chief Clerk