UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

LIFESTYLE FUTON, INC. *et al.*

                          Plaintiff,        1:21 Civ. 01482 ( GHW )

- against -

EASYFIT SLIPCOVER, LTD. *et al.*

                                    **AFFIDAVIT IN SUPPORT OF**
                                    **MOTION FOR ADMISSION**
                                    **PRO HAC VICE**

                        Defendant.
-----------------------------------x

STATE OF DELAWARE    ) )
                           ss.:
COUNTY OF NEW CASTLE )

John B. Berryhill, being duly sworn, deposes and says:

      1.     I am a member of the Bar of the Commonwealth of Pennsylvania in good standing.

      2.     I have never been convicted of a felony.

      3.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      4.     There are no disciplinary proceedings presently against me.

_____    March 11, 2021
John B. Berryhill
John B. Berryhill LLC
204 E. Chester Pike
First Floor, Suite 4
Ridley Park, PA 19078
(610) 565-5601
john@johnberryhill.com

REGINA NORTH
Notary Public
State of Delaware
My Commission Expires on Oct 15, 2022

Sworn to before me this _11_ day of _MARCH_ , _2021_ .

_____
Notary Public