UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

LIFESTYLE FUTON, INC. *et al.*

                        Plaintiff,           1:21 Civ. 01482 ( GHW )

- against -

                                                [Proposed] **ORDER FOR ADMISSION <u>PRO HAC VICE</u>**

                        Defendant.
-------------------------------------x

The motion of John B. Berryhill, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his/her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | John B. Berryhill |
| Firm Name: | John B. Berryhill, LLC |
| Address: | 204 E. Chester Pike, First Floor Suite 4 |
| City/State/Zip: | Ridley Park, PA 19078 |
| Telephone/Fax: | (610) 565-5601 (voice/fax) |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Tucows Inc. and Tucows.com Co. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing the discipline of attorneys.

Dated:_____     _____

                                                         United States District / Magistrate Judge