UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE STYLE FUTON, INC., and EASY FIT, INC.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>EASYFIT SLIPCOVER, LTD., ILYASS ET TAHIRI, TUCOWS, INC., TUCOWS.COM CO., and CABREXA, LLC, and the domain names:<br>**www.easyfitcover.com, www.easyfitslipcover.com, and www.easyfitslipcover.co**, *in Rem.*<br><br>　　　　　　　　Defendants. | Case No: 1:21-cv-1482-GHW |

### DECLARATION OF JOHN B. BERRYHILL IN SUPPORT OF TUCOWS' OPPOSITION TO A PRELIMINARY INJUNCTION

I, John B. Berryhill, declare as follows:

　　1.　　I am an attorney duly licensed in the Commonwealth of Pennsylvania and am counsel to Defendants Tucows Inc. and Tucows.com Co.

　　2.　　I submit this declaration in support of Tucows's Opposition to Plaintiff's Motion for a Preliminary Injunction.

　　3.　　On March 15, 2021, I conducted a search of the United States Patent and Trademark Office Trademark Electronic Search System (TESS) "basic index" of "live" (i.e. pending or registered) applications and registrations corresponding to "easy fit". A "basic index" search is a search of the verbal content of registered marks or pending applications which is designed to take into account variations in spelling and punctuation.

　　4.　　Attached as **Exhibit 1** is a true and correct copy of the search results obtained from TESS, showing 71 pending and registered marks comprising the term "EASY FIT" and variations thereof such as "EZ FIT", "E-Z FIT" and other variations that can be seen in Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in New Castle County, Delaware on March 15, 2021.

_____
John B. Berryhill
Attorney for Defendants Tucows Inc. and Tucows.com Co.
(Pro Hac Vice Pending)
204 E. Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
(610) 565-5601 voice/fax
john@johnberryhill.com