UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE STYLE FUTON, INC., and EASY FIT, INC.,<br><br>                    Plaintiffs,<br>     v.<br><br>EASYFIT SLIPCOVER, LTD., ILYASS ET TAHIRI, TUCOWS, INC., TUCOWS.COM CO., and CABREXA, LLC, and the domain names: **www.easyfitcover.com, www.easyfitslipcover.com, and www.easyfitslipcover.co**, *in Rem.*<br><br>                    Defendants. | Case No: 1:21-cv-1482 |

# EXHIBIT 1

to

DECLARATION OF JOHN B. BERRYHILL IN SUPPORT OF
TUCOWS' OPPOSITION TO A PRELIMINARY INJUNCTION

USPTO TESS DATABASE SEARCH RESULTS FOR "EASY FIT"

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Mar 15 03:17:22 EDT 2021

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:   OR   Jump   to record:   **71 Records(s) found (This page: 1 ~ 71)**

Refine Search  ("easy fit")[BI] and live [LD]   Submit

Current Search:  **S2: ("easy fit")[BI] and live [LD]**  docs: 71 occ: 147

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90401888 | | EZYFIT BY MONTAVI | TSDR | LIVE |
| 2 | 90352937 | | EZFIT | TSDR | LIVE |
| 3 | 90154284 | | EASYFIT LIFESTYLE CONTACTS FOR HEALTHY EYES | TSDR | LIVE |
| 4 | 90037185 | | EZFIT | TSDR | LIVE |
| 5 | 88891801 | | E-Z FIT | TSDR | LIVE |
| 6 | 88643197 | 6223148 | PROFLEX EZ FIT | TSDR | LIVE |
| 7 | 88032922 | | MENICON EASY FIT | TSDR | LIVE |
| 8 | 88715920 | 6181561 | EASY FIT | TSDR | LIVE |
| 9 | 88735056 | | EZ-FIT | TSDR | LIVE |
| 10 | 88595169 | | PROCLEAR EZ FIT | TSDR | LIVE |
| 11 | 88642258 | 6109368 | EZ FIT | TSDR | LIVE |
| 12 | 88296568 | 5866582 | EASY-FIT BOOTS | TSDR | LIVE |
| 13 | 88469609 | 5949004 | E-Z FIT COMFORT BRA | TSDR | LIVE |
| 14 | 88659612 | | EZ-FIT | TSDR | LIVE |
| 15 | 88023330 | 5773247 | EZ FIT AZURE | TSDR | LIVE |
| 16 | 88120519 | 5722331 | EZ FIT | TSDR | LIVE |
| 17 | 87769913 | 5707390 | EZ-FIT | TSDR | LIVE |
| 18 | 87769906 | 5707389 | EZ-FIT | TSDR | LIVE |
| 19 | 87585515 | 5473968 | EASY FIT | TSDR | LIVE |
| 20 | 87447653 | 6136604 | EZFIT | TSDR | LIVE |
| 21 | 87440157 | 6055884 | EZFIT | TSDR | LIVE |
| 22 | 87066018 | 5201652 | EZ FIT PILLOW | TSDR | LIVE |
| 23 | 87850262 | 5610869 | EZ-FIT FIREPLACE DOORS | TSDR | LIVE |
| 24 | 87335426 | 5376795 | SPORN EASY FIT | TSDR | LIVE |
| 25 | 87247943 | 5342414 | EASYFIT | TSDR | LIVE |
| 26 | 86361532 | 5013458 | EASYFIT | TSDR | LIVE |
| 27 | 86032689 | 4633616 | EASYFIT | TSDR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 86975140 | 4625126 | EASYFIT | TSDR | LIVE |
| 29 | 86975139 | 4609939 | EASYFIT | TSDR | LIVE |
| 30 | 86975138 | 4609938 | EASYFIT | TSDR | LIVE |
| 31 | 86226226 | 4758418 | EASYFIT CORNEOSCLERA LENS | TSDR | LIVE |
| 32 | 86782546 | 5239095 | EZFIT | TSDR | LIVE |
| 33 | 86198267 | 4762893 | EZFIT | TSDR | LIVE |
| 34 | 86909859 | 5058271 | EZ FIT | TSDR | LIVE |
| 35 | 86330975 | 4688404 | EASYFIT | TSDR | LIVE |
| 36 | 86712415 | 4949887 | EASIFIT | TSDR | LIVE |
| 37 | 86416923 | 4810143 | E-Z FIT | TSDR | LIVE |
| 38 | 86180505 | 4600870 | EZEEFIT | TSDR | LIVE |
| 39 | 86201879 | 4613281 | EZ-FIT | TSDR | LIVE |
| 40 | 85913608 | 4487502 | EASY FIT POLY GLOVES | TSDR | LIVE |
| 41 | 85285810 | 4048847 | EASY FIT | TSDR | LIVE |
| 42 | 85600260 | 4323183 | EZ-FIT VT | TSDR | LIVE |
| 43 | 85732317 | 4307041 | EASY FIT | TSDR | LIVE |
| 44 | 85762012 | 4460044 | EASYFIT | TSDR | LIVE |
| 45 | 85812189 | 4771091 | SAFEBASICS EASY FIT | TSDR | LIVE |
| 46 | 85947930 | 4813330 | EASY-FIT | TSDR | LIVE |
| 47 | 79283036 | | EASYFIT | TSDR | LIVE |
| 48 | 79120266 | 4348616 | EZ-FIT | TSDR | LIVE |
| 49 | 79085900 | 3983626 | EASYFIT | TSDR | LIVE |
| 50 | 79083817 | 3983540 | EASYFIT | TSDR | LIVE |
| 51 | 78826336 | 3537116 | E Z FIT | TSDR | LIVE |
| 52 | 78653907 | 3294983 | EASYFIT | TSDR | LIVE |
| 53 | 78894296 | 3321674 | EASYFIT | TSDR | LIVE |
| 54 | 78923452 | 3292323 | EASY FIT | TSDR | LIVE |
| 55 | 78782662 | 3331841 | EASY FIT | TSDR | LIVE |
| 56 | 78274806 | 3228386 | EZEFIT | TSDR | LIVE |
| 57 | 78357359 | 3269026 | E-Z FIT FASTENERS | TSDR | LIVE |
| 58 | 78118413 | 2683824 | E-Z FIT | TSDR | LIVE |
| 59 | 77794367 | 3877821 | EASYFIT | TSDR | LIVE |
| 60 | 77128209 | 3502353 | EZFIT | TSDR | LIVE |
| 61 | 77392239 | 3498855 | E-Z FIT SADDLE | TSDR | LIVE |
| 62 | 76699104 | 4002593 | EASY-FIT | TSDR | LIVE |
| 63 | 76371861 | 2706591 | EASY FIT SLIPCOVER | TSDR | LIVE |
| 64 | 76107905 | 2514730 | EASY-FIT | TSDR | LIVE |
| 65 | 76271802 | 2763304 | EASY FIT | TSDR | LIVE |
| 66 | 76224538 | 2534151 | EASYFIT | TSDR | LIVE |
| 67 | 75533577 | 2428733 | EASY FIT | TSDR | LIVE |
| 68 | 75713993 | 2430452 | EASYFIT | TSDR | LIVE |
| 69 | 75459516 | 2253361 | EASY-FIT | TSDR | LIVE |
| 70 | 74484719 | 1906688 | EASY-FIT | TSDR | LIVE |
| 71 | 73248357 | 1176853 | EZ-FIT | TSDR | LIVE |