UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE STYLE FUTON, INC., and EASY FIT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EASYFIT SLIPCOVER, LTD., ILYASS ET TAHIRI, TUCOWS, INC., TUCOWS.COM CO., and CABREXA, LLC, and the domain names: **www.easyfitcover.com, www.easyfitslipcover.com,** and **www.easyfitslipcover.co**, *in Rem*.<br><br>Defendants. | Case No.: 1:21-cv-1482-GHW |

## DECLARATION OF ARIEL S. PEIKES IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

I, Ariel S. Peikes, declare as follows:

1. I am an attorney for Plaintiffs Life Style Futon, Inc., and EasyFit, Inc., and am admitted to practice before this Court.

2. I submit this declaration in support of Plaintiffs' motion for entry of a preliminary injunction.

3. On February 23, 2021, I emailed Defendant Ilyass Et Tahiri for the first time, at his email address, ilyass.ettahiri.20@gmail.com, which he had previously used to communicate with Plaintiffs' Lead Counsel, Max Moskowitz, and also to his email addresses: contact@easyfitslipcover.com and contact@cabrexa.com. I sent to Mr. Et Tahiri copies of the Court's February 22nd Order (Dkt. No. 22) denying Plaintiff's initial motion for entry of a preliminary injunction and, also, Plaintiff's renewed motion that was filed on February 23, with all supporting documents. (Dkt. Nos. 23-28).

4. On March 5, 2021, I emailed Defendant Et Tahiri again, sending copies of Plaintiffs' filing of that date (Dkt. No. 32), which included Proof of Service of the Court's entry of the Order to Show Cause (Dkt. No. 31).

{02641158.1}

5.     On March 9, 2021, for the first time, I received email communication from Defendant Et Tahiri.  Attached hereto as **Exhibits A and B** are true and correct copies of the emails that I received.  **Exhibit A** is from the email addresses ilyassettahiri24@gmail.com, and **Exhibit B** is from contact.us.forum@gmail.com.  Together, the emails indicate that the web domains easyfitslipcover.com and easyfitslipcover.co were "unlocked and eligible for transfer."  However, because one of the emails showed this in screenshot captures (.png files), it is not clear that Plaintiffs could actually initiate the "eligible" transfer.  Since March 9, I have received no further communications from Mr. Et Tahiri.

6.     Attached hereto as **Exhibit C** is a true and accurate screen capture from the website https://tucows.com/, at a section of the webpage titled "Our Services."   Advertised is a service called "hover", which includes "Retail solutions for domain names and mailboxes." Id.  Other services advertised are "OpenSRS" ("Global reseller solutions for domain names and Internet security services"), "enom" (including, "hosting, SSL certificates, e-mail services, and Website building software") and "epag" and "ascio", which also purport to include domain reseller services. Id.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in New York, NY, on March 19, 2021

*s/ Ariel S. Peikes*

Ariel S. Peikes
Attorney for Plaintiffs
Ostrolenk Faber LLP
845 Third Avenue, 8th Floor
New York, NY 10022
(212) 596-0509
apeikes@ostrolenk.com