# Exhibit C

# Our services

Tucows is a collection of brands that all share a belief in the power of the open Internet in common.

## ting

Fiber Internet service provider in Ting Towns across the US.

visit ting.com/internet →

## hover

Retail solutions for domain names and mailboxes sold to customers like you, worldwide.

visit hover.com →

## OpenSRS

Global reseller solutions for domain names and Internet security services.

visit opensrs.com →

## enom

Domain name registrar, hosting, SSL certificates, e-mail services, and Website building software.

visit enom.com →

## epag

European reseller for domain names and internet security services, including SSL certificates.

visit epag.de →

## ascio

Reseller-friendly domain services platform with support for every top level domain (TLD).

visit ascio.com →