```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LIFE STYLE FUTON, INC. and EASY FIT, INC., :
:
                        Plaintiffs, :     1:21-cv-01482-GHW
:
                    -v - :         ORDER
:
EASYFIT SLIPCOVER, LTD., ILYASS ET :
TAHIRI, TUCOWS, INC., TUCOWS.COM, CO., :
AND CABREXA, LLC, and DOMAIN NAMES :
www.easyfitcover.com, www.easyfitslipcover.com, :
and www.easyfitslipcover.com, *in Rem*. :
:
                    Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On March 22, 2021, this Court held a teleconference at which it intended to discuss Plaintiffs' pending application for a preliminary injunction. At the conference, counsel for Tucows informed the Court of their desire to submit additional evidence concerning Plaintiffs' allegation that Tucows provided non-registrar services to the non-Tucows Defendants. Tucows' supplemental affidavit addressing that subject shall be due no later than March 22, 2021 at 5:00 p.m. Plaintiffs' rebuttal affidavit shall be due no later than March 25, 2021 at 5:00 p.m. As discussed on the record, Plaintiffs' rebuttal affidavit shall be confined to the issues raised by Tucows' supplemental submission. Plaintiffs are ordered to serve this order on all Defendants who have not appeared in this action and to retain proof of service.

Dated: March 22, 2021
New York, New York

                                                 GREGORY H. WOODS
                                          United States District Judge