IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE STYLE FUTON, INC., and EASY FIT, INC., <br><br> Plaintiffs, <br> v. <br> EASYFIT SLIPCOVER, LTD., ILYASS ET TAHIRI, TUCOWS, INC., TUCOWS.COM CO., and CABREXA, LLC, and the domain names www.easyfitcover.com, www.easyfitslipcover.com, and www.easyfitslipcover.co, *in Rem*, <br><br> Defendant(s) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Case No.: 1:21-cv-1482-GHW |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AS TO DEFENDANTS TUCOWS, INC. AND TUCOWS.COM CO., AND THE *IN REM* CLAIMS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Life Style Futon, Inc. and Easy Fit, Inc., on the one hand, and Defendants Tucows, Inc. and Tucows.com Co., on the other hand, that the claims against Defendants Tucows, Inc. and Tucows.com Co. (the "Tucows Defendants") are dismissed pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice. Each party shall bear its own costs and expenses.

IT IS FURTHER STIPULATED AND AGREED by Plaintiffs and the above-named Defendants, that the *In Rem* claims against the domains – www.easyfitcover.com, www.easyfitslipcover.com, and www.easyfitslipcover.co – are dismissed, with prejudice.

The claims against all other Defendants – Easyfit Slipcover Ltd., Ilyass Et Tahiri, and Cabrexa LLC – remain in the Action.

| | |
|---|---|
| */s/Max Moskowitz* <br> Max Moskowitz <br> Ostrolenk Faber LLP <br> 845 Third Avenue <br> Ste. 8th Floor <br> New York, NY 10022 <br> 212-596-0500 <br> Fax: 212-382-0888 <br> Email: mmoskowitz@ostrolenk.com <br> *Attorney for Plaintiffs* | */s/John Berryhill* <br> John Berryhill <br> John B. Berryhill LLC <br> 204 E. Chester Pike <br> Ste First Floor, Suite 3 <br> Ridley Park, PA 19078 <br> 610-565-5601 <br><br><br> Email: john@johnberryhill.com <br> *Attorney for Defendants Tucows, Inc. and Tucows.com Co.* |

{02642941.1}

So Ordered:

_____
U.S. District Court Judge
Hon. J. Gregory H. Woods

{02642941.1}