# Ostrolenk Faber LLP
*Intellectual Property Law*

| 845 Third Avenue<br>New York, New York 10022<br>212.596.0500<br>Fax 212.382.0888<br>www.ostrolenk.com<br>email@ostrolenk.com | *Partners*<br>Robert C. Faber<br>Max Moskowitz<br>James A. Finder<br>William O. Gray, III<br>Kourosh Salehi**<br>Charles C. Achkar, Ph.D | *Attorneys*<br>George Brieger<br>Richard J. Danyko<br>Mark A. Farley<br>Marian E. Fundytus<br>Paul Grandinetti*<br>Sean P. McMahon<br>Ariel S. Peikes | *Jurisdictions*<br>*DC Bar<br>**DC & CT Bars |

March 26, 2021

**VIA ECF**

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 12C
New York, NY 10007-1312

Re:  *Life Style Futon, Inc., et al v. EasyFit Slipcover LTD. et al*
Civil Action No.: 1:21-cv-01482-GHW

Dear Judge Woods:

We are counsel for Plaintiffs Life Style Futon, Inc. and Easy Fit, Inc. Earlier today, a joint Stipulation was filed with the Court, to dismiss this action against the Defendants Tucows and the *in rem* domains.

Yesterday, the Defendants EasyFit LTD (now Cabrexa LTD), Cabrexa LLC and Ilyass Et Tahiri (collectively, "Et Tahiri Parties") reached out to Plaintiffs, which resulted in a settlement agreement understanding that, upon consummation, if any, will resolve all issues between them, disposing of this action.

Accordingly, the Plaintiffs and the Et Tahiri Parties jointly request a thirty (30) day suspension of the present action.

Plaintiffs and the Et Tahiri Parties plan that the action will be dismissed by way of a stipulated Consent Order.

Respectfully submitted,

OSTROLENK FABER LLP

/s/MAX MOSKOWITZ
Max Moskowitz
Ariel Peikes
845 Third Avenue
New York, New York 10022
212 596 0500
*Attorney for Plaintiffs*

cc: Defendants via email and ECF

{02642946.1}