## Ostrolenk Faber LLP
*Intellectual Property Law*

845 Third Avenue
New York, New York 10022
212.596.0500
Fax 212.382.0888
www.ostrolenk.com
email@ostrolenk.com

*Partners*
Robert C. Faber
Max Moskowitz
James A. Finder
William O. Gray, III
Kourosh Salehi**
Charles C. Achkar, Ph.D

*Attorneys*
George Brieger
Richard J. Danyko
Mark A. Farley
Marian E. Fundytus
Paul Grandinetti*
Sean P. McMahon
Ariel S. Peikes

*Jurisdictions*
*DC Bar
**DC & CT Bars

April 26, 2021

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 12C
New York, NY 10007-1312

Re:   *Life Style Futon, Inc., et al v. EasyFit Slipcover LTD. et al*
      Civil Action No.: 1:21-cv-01482-GHW

Dear Judge Woods:

We are counsel for Plaintiffs Life Style Futon, Inc. and Easy Fit, Inc. We request reinstatement of the litigation to the extent it is necessary for entry of the parties' Proposed Consent Judgment. (Dkt. No. 52),

On March 25, 2021, Your Honor ordered the Action discontinued without prejudice, but allowed for the parties to file "their own Stipulation of Settlement and Dismissal." (Dkt. No. 49). On April 22, Plaintiffs and the Et Tahiri Defendants filed the aforementioned Proposed Consent Judgment. Plaintiff also filed a letter motion requesting the Court's approval and entry of the Proposed Consent Judgment (at Dkt. No. 53).

Therefore, Plaintiffs request that the Action be reinstated, if the Court deems this procedural step necessary for consideration of the Proposed Consent Judgment. We thank the Court for its time and attention given to the Action.

Respectfully submitted,

OSTROLENK FABER LLP

/s/Ariel Peikes
Max Moskowitz
Ariel Peikes
845 Third Avenue
New York, New York 10022
212 596 0500
*Attorney for Plaintiffs*

cc: Defendants via email and ECF

{02652865.1}